# Court of Appeals
# of the State of Georgia

ATLANTA, June 16, 2025

*The Court of Appeals hereby passes the following order:*

## A25A2008. MOTORSPORTS OF CONYERS, LLC et al. v. EDMUND BURBACH.

On February 21, 2025, the trial court entered an order finding various restrictive covenants unenforceable against Edmund Burbach. Motorsports of Conyers, LLC, and Motorsports of Durham, LLC, (collectively, "Motorsports") filed both a direct appeal, which has been docketed as Case No. A25A1559, and an interlocutory application, which this Court granted. See Case No. A25I0200 (May 6, 2025). Motorsports then filed a second notice of appeal from the grant of its interlocutory application and a second appeal has been transmitted to this Court. Because this appeal is duplicative of the pending appeal in Case No. A25A1559, it is hereby DISMISSED as superfluous. The parties are DIRECTED to submit all future filings in this appeal under Case No. A25A1559.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 06/16/2025

   I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

   Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*